UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSP Recovery Claims, Series LLC,

                                 Plaintiff,

-against-

1199SEIU Benefit and Pension Funds,

                                 Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2020

1:20-cv-01480 (JPO) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

       The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (ECF No. 22.) All non-dispositive pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available on the Court's website at http://nysd.uscourts.gov/judge/Aaron.

       The parties are directed to file a joint letter regarding the status of discovery on August 25, 2020.

**SO ORDERED.**

DATED:      New York, New York
                 June 25, 2020

                                                           _____
                                                           STEWART D. AARON
                                                           United States Magistrate Judge