```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSP Recovery Claims, Series LLC,

                                      Plaintiff,

-against-

1199SEIU Benefit and Pension Funds,

                                      Defendant.

1:20-cv-01480 (JPO) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with Judge Oetken's June 24, 2020 Civil Case Management Plan and Scheduling Order (ECF No. 21), Defendant was to file any response to Plaintiff's proposed protective order (*see* ECF No. 16) no later than July 1, 2020.  As Defendant has failed to do so, Plaintiff's motion for a protective order (ECF No. 16) is GRANTED. The Court separately will enter the proposed protective order.

**SO ORDERED.**

DATED:       New York, New York
                 July 6, 2020

                                                          _____
                                                          STEWART D. AARON
                                                          United States Magistrate Judge